# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW SCOTT WHITE,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 72559

FILED

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion in support of actual innocence. First Judicial District Court, Carson City; James E. Wilson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. James E. Wilson, District Judge
       Matthew Scott White
       Attorney General/Carson City
       Carson City Clerk